*E-FILED - 2/6/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. HAINES,<br><br>                        Plaintiff,<br><br>v.<br><br>WARDEN W. HILL, et al.,<br><br>                        Defendants. | C 06-2211 RMW (PR)<br><br>[XXXXXXXXXX] **ORDER EXTENDING THE DISPOSITIVE-MOTION DEADLINE** |

Defendants W. Hill and N. Grannis moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including April 4, 2008. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

Plaintiff shall file his opposition by May 5, 2008. If Defendants wish to file a reply, they shall do so by May 20, 2008. Absent further order, the motion will be submitted on May 20, 2008 without a hearing.

IT IS SO ORDERED.

Dated: 2/6/08

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge

---

XXXXXXX Order Extending Disp. Mot. Deadline

*J. Haines v. Hill, et al.*
C 06-2211 RMW (PR)

1