*E-FILED - 4/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN M. HAINES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARDEN W. HILL, et al.,<br><br>　　　　　Defendants. | C 06-2211 RMW (PR)<br><br>[xxxxxxxxxxxx] ORDER EXTENDING DISPOSITIVE-MOTION DEADLINE AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DEADLINE |

　　Defendants W. Hill, A.P. Kane, and N. Grannis moved this Court for an extension of time to file a summary-judgment and oppose Plaintiff's motion for summary judgment, up to and including April 25, 2008. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

　　Plaintiff shall file his opposition to Defendants' Motion for Summary Judgment by May 26, 2008. If Defendants wish to file a reply, they shall do so by June 10, 2008. Absent further order, the motion will be submitted on June 10, 2008 without a hearing.

IT IS SO ORDERED.

Dated: ___4/17/08___                              _/s/ Ronald M. Whyte_
                                                  The Honorable Ronald M. Whyte
                                                  United States District Judge

xxxxxxxxx Order Extending Disp. Mot. Deadline & Opp'n Pl.'s Mot. Summ. J. Deadline       *J. Haines v. Hill, et al.*
                                                                                         C 06-2211 RMW (PR)

1