*E-FILED - 6/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN M. HAINES, | ) | No. C 06-2211 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| vs. | ) | |
| | ) | |
| W. HILL, et al., | ) | (Docket No. 29) |
| | ) | |
| Defendants. | ) | |

    Good cause appearing, plaintiff's request for an extension of time, to and including **July 15, 2008**, in which to file an opposition to defendants' motion for summary judgment (docket no. 29) is GRANTED. Respondent **shall** file a reply within **15 days** of the date the opposition is filed.

    IT IS SO ORDERED.

DATED: __6/6/08_____

                                                      *Ronald M. Whyte*
                                                      RONALD M. WHYTE
                                                      United States District Judge